**<u>EXHIBIT B</u>**

**From:** David Hausman
**Sent:** Thursday, October 25, 2018 12:47 PM
**To:** ice-foia@dhs.gov
**Subject:** RE: ICE Clarification Request FOIA Number 2019-ICFO-10844

Dear ICE FOIA Officer:

Although it remains our understanding that ICE maintains all of the requested electronic database for more than 7 years—if it destroyed such data, it would have no way of tracking cases from before that period—we nonetheless agree to limit the scope of our request to completions from the seven years before the date of the response to our request.

Best,

David Hausman

---

**From:** ice-foia@dhs.gov [mailto:ice-foia@dhs.gov]
**Sent:** Thursday, October 25, 2018 12:22 PM
**To:** David Hausman
**Subject:** ICE Clarification Request FOIA Number 2019-ICFO-10844

October 25, 2018

DAVID HAUSMAN
ACLU IMMIGRANTS' RIGHTS PROJECT
125 BROAD ST
18TH FLOOR
NEW YORK, NY 10004

RE:   ICE FOIA Case Number 2019-ICFO-10844

This e-mail is in regards to your October 03, 2018 ICE FOIA request for all records pertaining to an updated spreadsheet on removals, immigration detention, and detainer requests. See request for further details..

In conducting a search for responsive records, the ICE FOIA office has determined that further clarification is needed regarding your request. Your request as written is too broad in scope. Be advised that most data is saved for a maximum of 7 years. Please provide the ICE FOIA office with a response as soon as possible to avoid any further delay in the processing of your request. If a response is not received within 30 days, your request will be administratively closed.

Sincerely,

ICE FOIA