USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS' RIGHTS PROJECT,

                Plaintiff,      **ORDER**

      -v-      19-CV-7058 (GBD) (JLC)

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

                Defendant.
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a settlement conference today, at which the parties agreed to continue their settlement efforts. As discussed, the Court will hold a telephone conference on **March 16, 2020** at **11:30 a.m.,** during which the parties will provide a status report. Counsel should contact chambers at (212) 805-0250 with both sides on the line, or alternatively provide a call-in number to the Court by emailing it to CottNYSDChambers@nysd.uscourts.gov.

    **SO ORDERED.**

Dated: February 27, 2020
       New York, New York

                                                           _____
                                                            JAMES L. COTT
                                                            United States Magistrate Judge