UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS' RIGHTS PROJECT,

                      Plaintiff,

  -against-

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

                      Defendant.

------------------------------------- x

ORDER

19 Civ. 7058 (GBD)

GEORGE B. DANIELS, District Judge:

This Court will hear oral argument on Defendant's Motion for Summary Judgment, (ECF No. 30), and Plaintiff's Cross-Motion for Summary Judgment, (ECF No. 33), on December 3, 2020 at 10:30 a.m.

Dated: August 17, 2020
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE