# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS RIGHTS PROJECT,

                Plaintiff,                19 **CIVIL** 7058 (GBD)

    -against-                  **JUDGMENT**

UNITED STATES IMMIGRATION AND
CUSTOS ENFORCEMENT,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 10, 2021, Defendant's motion for summary judgment dismissing Plaintiff's claims (ECF No. 30), is granted; Plaintiff's cross-motion, (ECF No. 33), is denied.

**Dated:** New York, New York
       March 10, 2021

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                         **BY:**
                                              **Deputy Clerk**